# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

OWNERS INSURANCE COMPANY,

    Plaintiff,

v.

TAMARA NICOLE DOCK, as Surviving Parent of Albert Wilson Dock and as Administrator of the ESTATE OF ALBERT WILSON DOCK; and ANTOINE OMAR MCLENDON,

    Defendants.

Civil Action No.
4:21-cv-00266-RSB-CLR

## JOINT MOTION OF ALL PARTIES TO STAY PROCEEDINGS AND INCORPORATED MEMORANDUM OF LAW

COMES NOW Tamara Nicole Dock, as Surviving Parent of Albert Wilson Dock and as Administrator of the Estate of Albert Wilson Dock, Defendant in the above-styled matter, and Plaintiff Owners Insurance Company hereby file this their Joint Request to Stay Proceedings, showing as follows:

1. This action has been pending since September 22, 2021.

2. The parties are in the process of documenting a settlement and once finalized, this settlement will dispose of all claims raised in the instant declaratory judgment action, including Plaintiff's claims against Defendant McLendon.

3. Currently pending before the Court is the Motion of Defendant Tamara Nicole Dock to Dismiss.  (Doc. No. 9). As of the date of this filing, said motion has not been

resolved. Once consummated, the settlement will alleviate the Court from the necessity of ruling on said motion.

4. The parties jointly request that the Court stay this matter for thirty days, to allow time for finalization of the settlement.

5. The Court "has broad discretion to stay proceedings as an incident to its power to control its own docket." Clinton v. Jones, 520 U.S. 681, 706 (1997) (citation omitted); see also Landis v. N. Am. Co., 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.").

6. Once the settlement is finalized, the parties will jointly file a Stipulation of Dismissal with Prejudice.

**WHEREFORE,** the parties request that the case be stayed pending settlement consummation of the settlement.

THIS THE  20th  DAY OF  APRIL , 2022.

                                            **SAVAGE & TURNER, P.C.**

                                            By:    /s/ Kathryn Hughes Pinckney
                                                          Brent J. Savage
                                                          Georgia Bar No. 627450
                                                          Kathryn Hughes Pinckney
                                                          Georgia Bar No. 376110


102 East Liberty Street, 8th Floor
Post Office Box 10600
Savannah Georgia 31412
Phone:  (912) 231-1140
Fax: (912) 232-4212
kpinckney@savagelawfirm.net
*Attorneys for Tamara Nicole Dock, as Surviving Parent of Albert Wilson Dock and as Administrator of the Estate of Albert Wilson Dock*

 /s/ Bret A. Beldt
Bret A. Beldt
Georgia Bar No. 940327
BURR & FORMAN LLP
171 17th Street NW, Suite 1100
Atlanta, GA 30363
bbeldt@burr.com
*Attorneys for Owners Insurance Company*

Forest S. Latta
Alabama Bar No. LATTF0526
BURR & FORMAN LLP
P.O. Box 2287
Mobile, AL 36652-2287
forrest.latta@burr.com
*Attorneys for Owners Insurance Company*

 /s/ Roger S. Sumrall
Roger S. Sumrall
Georgia Bar No. 004490
Carrie A. Moss
Georgia Bar No. 806050
Bendin Sumrall & Ladner, LLC
One Midtown Plaza, Suite 800
1360 Peachtree Street, N.E.
Atlanta, GA 30309
rsumrall@bsllaw.net
cmoss@bsllaw.net
*Attorneys for Antoine McLendon*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the within and foregoing document on all parties via email and United States Mail, first class, postage prepaid.

| | |
|---|---|
| Bret A. Beldt, Esq.<br>BURR & FORMAN LLP<br>171 17th Street, NW, Suite 1100<br>Atlanta, GA 30363<br>bbeldt@burr.com | Forrest S. Latta, Esq.<br>BURR & FORMAN LLP<br>P. O. Box 2287<br>Mobile, Alabama 36652-2287<br>forrest.latta@burr.com |

Roger Sumrall, Esq.
Carrie A. Moss, Esq.
Bendin, Sumrall & Ladner, LLC
1360 Peachtree Street NE
One Midtown Plaza, Suite 800
Atlanta, Georgia 30309
rsumrall@bsllaw.net
cmoss@bsllaw.net

**THIS THE 20th DAY OF APRIL , 2022.**

                                            SAVAGE & TURNER, P.C.

                                        By:   /s/ ***Kathryn Hughes Pinckney***
                                                   Brent J. Savage
                                                   Georgia Bar No. 627450
                                                   Kathryn Hughes Pinckney
                                                   Georgia Bar No. 376110

Post Office Box 10600
Savannah Georgia 31412
Phone:  (912) 231-1140
Fax: (912) 232-4212
bsavage@savagelawfirm.net
kpinckney@savagelawfirm.net