IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| OWNERS INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TAMARA NICOLE DOCK, as Surviving Parent of Albert Wilson Dock and as Administrator of the ESTATE OF ALBERT WILSON DOCK; and ANTOINE OMAR MCCLENDON,<br><br>　　　　Defendants. | CIVIL ACTION NO.: 4:21-cv-266 |

**O R D E R**

Before the Court is a Stipulation of Voluntary Dismissal With Prejudice signed and filed by counsel for Plaintiff and counsel for Defendants on July 13, 2022, wherein the parties indicate they stipulate to the dismissal, with prejudice, of all claims asserted in this action, with each party to pay its own fees, costs and expenses. (Doc. 28.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **TERMINATE** all pending motions, (docs. 9, 28), and to **CLOSE** this case.

**SO ORDERED**, this 14th day of July, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA